UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – FLINT

In re:

Christopher Baker,
Cheryl Baker,

    Debtors.

_____/

Case No. 12-32472

Chapter 13

Hon. Daniel S. Opperman

## OBJECTION OF THE STATE OF MICHIGAN DEPARTMENT OF TREASURY TO PROOF OF CLAIM #13

The State of Michigan Department of Treasury (Treasury) through its attorneys Bill Schuette, Attorney General, and Moe Freedman, Assistant Attorney General Objects to the proposed plan modification as follows:

1. The Debtors filed a petition for bankruptcy under chapter 13 of the bankruptcy code on June 7, 2011.

2. Treasury timely filed, and later amended, a claim in this case (claim #8) for unpaid 2009, 2010 and 2011 individual income taxes that include, as amended, a priority tax claim in the amount of $14,786.41 and an unsecured tax claim in the amount of $6247.55.

3. On December 19, 2012, the Debtors filed a Proof of Claim (claim #13) on behalf of Treasury in the amount of $1,910.00 for unpaid taxes for the 2012 Tax year.

4.	Any claim for the debtors' 2012 income taxes would be a purely post-petition claim, and 11 U.S.C § 1305(a)(1) permits only the party holding the claim to file a proof of claim for post-petition taxes. *In re Hight* 670 F.3d 699.

5.	While *Hight* ruled that claims covered by 11 U.S.C § 502(i) ("straddling tax claims") can be filed by the debtor on behalf of the taxing authority, it re-iterated that purely post-petition tax claims can only be filed by the taxing authority. *Hight*, at 705.

For the reasons stated above, the State of Michigan Department of Treasury requests that this Court disallow Claim # 13.

Respectfully submitted,

Bill Schuette
Attorney General

*/s/ Moe Freedman*
Moe Freedman (P74224)
Assistant Attorney General
3030 West Grand Boulevard
Suite 10-200
Detroit, MI 48202
313.456.0140

January 8, 2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Christopher Baker,  
Cheryl Baker,  
    Debtors.

Case No. 12-32472-dob

Chapter 13

Hon. Daniel S. Opperman

_____/

## (PROPOSED)
## ORDER SUSTAINING OBJECTION TO CLAIM 13 BY THE STATE OF MICHIGAN, DEPARTMENT OF TREASURY

THIS MATTER, having come before the Court on the Objections of the State of Michigan to the claim filed on its behalf by the Debtors, and this Court being fully advised in the premises.

NOW THEREFORE, IT IS HEREBY ORDERED that the objection to claim claim #13 filed by the Debtors on behalf of the State of Michigan Department of Treasury is sustained, and the claim in the amount of $1910.00 will not be included in the Debtors' Chapter 13 plan.