# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION--FLINT

IN THE MATTER OF:

Christopher Patrick Baker,                    Bankruptcy Case No. 12-32472
Cheryl A. Baker,                              Honorable Daniel Opperman
                                              Chapter 13

                        Debtors.

_____/

## NOTICE OF WITHDRAWAL OF CLAIM NO. 13

    **NOW COME** the debtors, Christopher Patrick Baker and Cheryl A. Baker, by and through their counsel, Stevenson & Bullock, P.L.C., and withdraw Claim No. 13 filed on behalf of the State of Michigan on December 19, 2012.

Respectfully submitted


/s/ Kimberly Bedigian (P54812)
Stevenson & Bullock, P.L.C.
Attorney for the debtors
26100 American Dr., Suite 500
Southfield, MI 48034
(248) 354-7906
kbedigian@sbplclaw.com

Dated: February 11, 2013

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION--FLINT**

**IN THE MATTER OF:**

Christopher Patrick Baker,                          Bankruptcy Case No. 12-32472
Cheryl A. Baker,                                    Honorable Daniel Opperman
                                                    Chapter 13
                        Debtors.
_____/

**PROOF OF SERVICE**

      Kimberly Bedigian hereby certifies that on the 11th day of February, 2013, copies of the **Notice of Withdrawal of Claim No. 13** filed by the debtors on behalf of the Internal Revenue Service and this **Proof of Service** were served electronically and/or by placing same in an envelope with sufficient postage thereon, and depositing same in a United States mail receptacle in the City of Southfield, State of Michigan to:

| | |
|---|---|
| Office of the U.S. Trustee<br>211 W. Fort Street, Suite 700<br>Detroit, MI 48226 | Christopher Baker<br>Cheryl Baker<br>10414 Overhill Drive<br>Brighton, MI 48114 |
| Carl L. Bekofske,<br>Chapter 13 Trustee at<br>ecf@flint13.com | State of Michigan<br>Department of Treasury<br>PO Box 77437<br>Detroit, MI 48277-0437 |
| State of Michigan<br>Department of Attorney General<br>Cadillac Place<br>3030 West Grand Boulevard<br>Detroit, MI 48202 | |

        /s/ Kimberly Bedigian (P54812)
        Stevenson & Bullock, P.L.C.
        Attorney for the debtors
        26100 American Dr., Suite 500
        Southfield, MI 48034
        (248) 354-7906
        kbedigian@sbplclaw.com