# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION--FLINT

**IN THE MATTER OF:**

Christopher Patrick Baker,
Cheryl A. Baker,

Bankruptcy Case No. 12-32472
Honorable Daniel S. Opperman
Chapter 13

Debtors.

_____/

## PROOF OF SERVICE

    Kimberly Bedigian hereby certifies that on the 9th day of July 2013, copies of the **Notice of Filing of 11 U.S.C. §1305(a) Post-Petition Claim** and this **Proof of Service** were served electronically or by placing same in an envelope with sufficient postage thereon, and depositing same in a United States mail receptacle in the City of Southfield, State of Michigan to:

| | |
|---|---|
| OFFICE OF THE U.S. TRUSTEE<br>211 W. Fort Street, Suite 700<br>Detroit, MI 48226 | Christopher Baker<br>Cheryl Baker<br>10414 Overhill Drive<br>Brighton, MI 48114 |
| Carl L Bekofske,<br>Chapter 13 Trustee, at<br>ecf@flint13.com | |

    In addition, a copy of the **Notice of Filing of 11 U.S.C. §1305(a) Post-Petition Claim** was served on all creditors with allowed claims listed on the debtors' matrix obtained from PACER on the 9th day of July 2013, which is attached.

/s/ Kimberly Bedigian (P54812)
Stevenson & Bullock, P.L.C.
Attorneys for the debtors
26100 American Drive, Suite 500
Southfield, MI 48034
(248) 354-7906
kbedigian@sbplclaw.com

Label Matrix for local noticing
0645-4
Case 12-32472-dof
Eastern District of Michigan
Flint
Tue Jul  9 12:21:40 EDT 2013

State of Michigan, Department of Treasury
Michigan Department of Attorney General
Revenue & Collections Division
P.O. Box 30754
Lansing, MI 48909-8254

United States of America (IRS)
United States Attorney
211 W. Fort Street
Suite 2001
Detroit, MI 48226-3220

Ally Financial Inc.
attn: Michael A. Carpenter, CEO
POB 200
Detroit, MI 48265-2000

Ally Financial Inc.
c/o The Corporation Company, Resident Ag
30600 Telegraph Road, Suite 2345
Bingham Farms, MI 48025-5720

American Eagle/GECRB
PO Box 530942
Atlanta, GA 30353-0942

Beals Hubbard
POB 310
Milford, MI 48381-0310

CAPITAL ONE, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite 200
Tucson, AZ 85712-1083

Capital One, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712-1083

Credit First NA
PO Box 818011
Cleveland OH 44181-8011

Credit First, N.A. (Firestone)
PO Box 81344
Cleveland, OH 44188-0344

Elder Beerman
2020 Lindell Avenue
Nashville, TN 37203-5509

Firestone Complete Auto Care
POB 81410
Cleveland, OH 44181-0410

GMAC Mortgage Corp
3451 Hammond Avenue
POB 780
Waterloo, IA 50704-0780

GMAC Mortgage Corporation
500 Enterprise Road
Suite 150
Horsham, PA 19044-3503

GMAC Mortgage, LLC
attn: Tony Renzi, COO
1100 Virginia Dr.
Fort Washington, PA 19034-3204

GMAC Mortgage, LLC
attn: Steven M. Abreu, President
1100 Virginia Drive
Fort Washington, PA 19034-3204

GMAC Mortgage, LLC
c/o Registered Agent, CSC-Lawyers
Incorporating Service (Company)
601 Abbot Road
East Lansing, MI 48823-3366

HSBC
PO Box 15521
Wilmington, DE 19850-5521

HSBC (Best Buy)
Retail Services
P.O. Box 15521
Wilmington, DE 19850-5521

HSBC Retail Services (Elder Beerman)
Dept. 7680
Carol Stream, IL 60116-7680

Hannawa Offshore Investments
c/o Hubbard Snitchler and Parzianello PL
719 Griswold, Suite 620
Detroit, MI 48226-3319

Hannawa Offshore Investments, et al
c/o Beals Hubbard, PLC
30665 Northwestern Hwy., Suite 100
Farmington Hills, MI 48334-3128

Hannawa Offshore Investments, et al
c/o Steven G. Silverman
13134 Talbot Ave
Huntington Woods, MI 48070-1024

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Kemp Klein
201 W. Big Beaver Road, Suite 600
Troy, MI 48084-4136

Mark M. Snitchler
719 Griswold
Suite 620
Detroit, MI 48226-3319

Michigan Catholic CU (Visa)
P.O. Box 8071
Plymouth, MI 48170-8071

Michigan Catholic Credit Union
255 East Maple Road
Troy, MI 48083-2717

Michigan Court of Appeals
District II - Troy
case no. 309864
201 West Big Beaver Road, Suite 800
Troy, MI 48084-4127

Michigan Court of Appeals
case no. 309864
925 W. Ottawa Street
P.O. Box 30022
Lansing, MI 48909-7522

Michigan Department of Treasury
Bankruptcy Unit
PO Box 30168
Lansing, MI 48909-7668
517-241-5002

Morrison & Foerster, LLP
Attorneys for ResCap, LLC et al
1290 Avenue of the Americas
New York, NY 10104-0050

Mortgage Electronic Registration
Systems, Inc.
attn: Bill Beckmann, Pres and CEO
1818 Library Street, Suite 300
Reston,VA 20190-6280

Nationstar Mortgage
P.O. Box 650783
Dallas, TX 75265-0783

(p)NATIONSTAR MORTGAGE
PO BOX 630267
IRVING TEXAS 75063-0116

Neuman Anderson, P.C.
Kenneth Neuman
401 South Old Woodward, Suite 460
Birmingham, MI 48009-6622

Oakland County Circuit Court
case no. 2009-101037-CZ
1200 N. Telegraph Road
Pontiac, MI 48341-0404

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
World Financial Network Bank
PO Box 788
Kirkland, WA 98083-0788

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Retail Services (Best Buy)
Dept. 7680
Carol Stream, IL 60116-7680

Robert Baker
Geraldine Baker
10414 Overhill Drive
Brighton, MI 48114-7578

State of Michigan
Department of Attorney General
Cadillac Place
3030 West Grand Boulevard
Detroit, MI 48202-6030

State of Michigan
Department of Treasury
P.O. Box 77437
Detroit, MI 48277-0437

U.S. Attorney
211 W. Fort Street
Suite 2001
Detroit, MI 48226-3220

U.S. Attorney General
U.S. Dept. of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530-0009

US Department of Education
William D. Ford Federal Loan Program
POB 5691
Montgomery, AL 36103-5691

WFNNB - Justice
P.O. Box 659728
San Antonio, TX 78265-9728

Weisman, Young & Reumenapp, P.C.
Martin Weisman
30100 Telegraph Road, Suite 428
Franklin, MI 48025-4564

Wells Fargo
P.O. Box 6423
Carol Stream, IL 60197-6423

Wells Fargo Bank NA
PO Box 10438
Des Moines IA   50306-0438

Wells Fargo Financial Cards
P.O. Box 14487
Des Moines, IA 50306-3487

Wells Fargo Financial Cards
P.O. Box 660041
Dallas, TX 75266-0041

eCAST Settlement Corporation
c/o Bass & Associates, P.C.
3936 E Ft. Lowell, Suite 200
Tucson,  AZ 85712-1083

Carl Bekofske
400 N. Saginaw Street
Suite 331
Flint, MI 48502-2045

Cheryl A. Baker
10414 Overhill Dr.
Brighton, MI 48114-7578

Christopher Patrick Baker
10414 Overhill Dr.
Brighton, MI 48114-7578

Kimberly Bedigian
Stevenson & Bullock, P.L.C.
26100 American Drive
Suite 500
Southfield, MI 48034-6184

Sonya N. Goll
26100 American Drive
Suite 500
Southfield, MI 48034-6184

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Nationstar Mortgage, LLC
350 Highland Drive
Lewisville, TX 75067

(d)Nationstar Mortgage, LLC
Bankruptcy Department
350 Highland Drive
Lewisville, TX 75067

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Alliance Catholic Credit Union

(u)Nationstar Mortgage, LLC

(d)Mark M. Snitchler
719 Griswold Suite 620
Detroit, MI 48226-3319

End of Label Matrix
Mailable recipients    59
Bypassed recipients     3
Total                  62