UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION--FLINT

**IN THE MATTER OF:**
Christopher Patrick Baker,      Bankruptcy Case No. 12-32472
Cheryl A. Baker,      Honorable Daniel Opperman
     Chapter 13

     Debtors.
_____/

**MOTION TO COMPEL INTERNAL REVENUE SERVICE TO LEVY DEBTOR'S 401(k) PLAN**

**NOW COME** the debtors, Christopher Patrick Baker and Cheryl A. Baker, by and through their counsel, Stevenson & Bullock, P.L.C., and for their motion to compel the Internal Revenue Service to levy Christopher Baker's 401(k) plan (the "Motion"), state as follows:

1. On June 7, 2012, the debtors filed a voluntary petition under Chapter 13 of Title 11, United States Code.

2. The debtors' Chapter 13 Plan was confirmed on February 13, 2013.

3. The Department of Treasury-Internal Revenue Service ("IRS") holds a claim against the debtors for income taxes. The IRS filed an amended proof of claim on August 11, 2015 at PACER Claim No. 3 in the total amount of $148,679.38 (the "IRS Claim"); the IRS Claim is comprised of $96,799.41 secured, $48,400.26 unsecured priority, and $3,479.71 general unsecured.

1

4. The IRS recorded two tax liens against the debtors in Livingston County; one was recorded July 28, 2010, the other was recorded September 15, 2011 (the "IRS Liens"). The IRS Liens form the basis for the secured portion of the IRS Claim.

5. Subsequent to the confirmation of their Chapter 13 Plan, the debtors' income was reduced. The reduction in income caused the debtors to be unable to maintain reasonably necessary living expenses and Chapter 13 Plan payments.

6. Fidelity Investments Institutional Operations Company, Inc. ("Fidelity") is the plan administrator for Christopher Baker's employer-sponsored 401(k) plan (the "401(k) Plan").

7. The IRS Liens attach to all of the debtors' right, title, and interest to property, both real and personal, including funds in the 401(k) Plan.

8. As of the date of this Motion, the trustee has disbursed $54,976.40 (plus interest) to the IRS for its secured claim.

9. Pursuant to IRM 5.11.6.2 (Internal Revenue Manual Part 5, Chapter 11, Section 6, effective July 17, 2015), the IRS has the authority to levy the 401(k) Plan.

10. The IRS levy of the 401(k) Plan excepts the debtors from the 10% additional tax on early distributions from retirement plans. 26 U.S.C. §72(t)(2)(A)(vii).

2

12-32472-dof    Doc 144    Filed 02/12/16    Entered 02/12/16 12:38:52    Page 2 of 12

11. Upon information and belief, the debtor cannot withdraw funds from the 401(k) Plan.

12. Even if the debtor could withdraw funds from the 401(k) Plan, without the levy, the debtors would incur an additional 10% tax at a time when their budget is under extreme stress.

13. The IRS is the only creditor with a lien on the 401(k) Plan.

14. A hypothetical lien creditor could not have a lien on the 401(k) Plan, but could have a lien on the debtors' other property.

15. The IRS Liens could not be satisfied by only the debtors' property (excluding the 401(k) Plan).

16. An IRS levy of the 401(k) Plan would not prejudice or injure the rights of the IRS.

17. No other creditor would be prejudiced or injured by an IRS levy of the 401(k) Plan.

18. Because the debtors have requested the IRS levy, the debtors would not be prejudiced or injured by this Court's order compelling the IRS to levy the 401(k) Plan.

19. This Court has the authority to order the IRS to levy the debtor's 401(k) Plan pursuant to 11 U.S.C. §105(a). *Cf. Houghton v. United States, et al. (In re Szwyd)*, 444 BR 10 (Bankr. D. Mass. 2011) (United States was required to

marshal its collateral in order for other creditors to receive a distribution from the bankruptcy estate.)

**WHEREFORE**, the debtors respectfully request that this Honorable Court grant their Motion to Compel the Internal Revenue Service to Levy Debtor's 401(k) Plan, enter an order compelling the Internal Revenue Service to Levy Debtor's 401(k) Plan in an amount sufficient to satisfy the IRS Liens, pay off its secured claim and such portion of the priority claim as deemed appropriate for the debtors to continue their Chapter 13 Plan, and for such other and further relief as this Court deems appropriate.

Respectfully submitted,

/s/ Kimberly Bedigian (P54812)
Stevenson & Bullock, P.L.C.
Attorney for the debtors
26100 American Drive, Suite 500
Southfield, MI 48034
(248) 354-7906
kbedigian@sbplclaw.com

Dated: February 11, 2016

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION--FLINT

**IN THE MATTER OF:**
Christopher Patrick Baker,      Bankruptcy Case No. 12-32472
Cheryl A. Baker,      Honorable Daniel Opperman
     Chapter 13

     Debtors.
_____/

## ORDER COMPELLING THE INTERNAL REVENUE SERVICE TO LEVY DEBTOR'S 401(k) PLAN

This matter came before the Court on the debtors' Motion to Compel the Internal Revenue Service to Levy Debtor's 401(k) Plan (the "Motion"), all interested parties have been served with notice of the motion, no objections to the motion have been received and a certification of no response has been filed, and the Court being otherwise fully advised in the premises;

NOW THEREFORE IT IS HEREBY ORDERED that the debtors' Motion to Compel the Internal Revenue Service to Levy Debtor's 401(k) Plan is granted.

IT IS FURTHER ORDERED that the Internal Revenue Service must levy the debtor's 401(k) Plan[1] in an amount sufficient to satisfy the IRS Liens, pay off its secured claim and such portion of the priority claim as deemed appropriate for the debtors to continue their Chapter 13 Plan.

---

[1] Capitalized terms used but not defined herein shall have the meanings as in the Motion.

1

12-32472-dof    Doc 144    Filed 02/12/16    Entered 02/12/16 12:38:52    Page 5 of 12

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION--FLINT**

**IN THE MATTER OF:**
Christopher Patrick Baker,   Bankruptcy Case No. 12-32472
Cheryl A. Baker,   Honorable Daniel Opperman
   Chapter 13

   Debtors.
_____/

**NOTICE OF MOTION TO COMPEL INTERNAL REVENUE SERVICE TO LEVY DEBTOR'S 401(K) PLAN**

The debtors, Christopher Patrick Baker and Cheryl A. Baker, have filed papers with the Bankruptcy Court to compel the Internal Revenue Service to levy the debtor's 401(k) Plan.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to compel the Internal Revenue Service to levy the debtor's 401(k) plan, or if you want the court to consider your views on the relief requested, within 14 days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at[1]:

United States Bankruptcy Court, 211 W. Fort Street, 17th Floor, Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also mail a copy to:
Stevenson & Bullock, P.L.C., 26100 American Drive, Ste 500, Southfield, MI 48034
Office of the U.S. Trustee, 211 W. Fort St., Suite 700, Detroit, MI 48226
Chapter 13 Trustee, 400 N. Saginaw Street, Suite 331, Flint, MI 48502-2045

---
[1] Response or answer must comply with F.R.Civ.P. 8(b), (c) and (e).

1

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

                Respectfully submitted,

                /s/ Kimberly Bedigian (P54812)
                Stevenson & Bullock, P.L.C.
                Attorney for the debtors
                26100 American Drive, Ste. 500
                Southfield, MI 48034
                (248) 354-7906
Dated: February 11, 2016        kbedigian@sbplclaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION--FLINT

**IN THE MATTER OF:**
Christopher Patrick Baker,      Bankruptcy Case No. 12-32472
Cheryl A. Baker,      Honorable Daniel Opperman
     Chapter 13

     Debtors.
_____/

## CERTIFICATE OF SERVICE

Kimberly Bedigian certifies that on the 11th day of February 2016, copies of the debtors' **Motion to Compel Internal Revenue Service to Levy Debtor's 401(k) Plan**, proposed **Order Compelling Internal Revenue Service to Levy Debtor's 401(k) Plan**, **Notice of Motion to Compel Internal Revenue Service to Levy Debtor's 401(k) Plan**, and this **Certificate of Service** were served electronically and/or upon all parties listed below, by depositing same in a United States Postal Box located in Southfield, Michigan, with postage fully prepaid thereon.

OFFICE OF THE U.S. TRUSTEE, 211 W. Fort St., Suite 700, Detroit, MI 48226

Christopher Baker, Cheryl Baker, 10414 Overhill Drive, Brighton, MI 48114

Carl L. Bekofske, Chapter 13 Trustee at ecf@flint13.com

Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346

United States Attorney, 211 W. Fort Street, Suite 2001, Detroit, MI 48226

U.S. Attorney General, U.S. Department of Justice, 950 Pennsylvania Ave., N.W. Washington, DC 20530-0009

Internal Revenue Service, PO Box 330500, M/S 15, Detroit, MI 48232-6500

In addition a copy of the **Notice of Motion to Compel Internal Revenue Service to Levy Debtor's 401(k) Plan** was served on each and every party listed on the debtors' matrix obtained from PACER on the 11th day of February 2016, which is attached to this Proof of Service.

        /s/ Kimberly Bedigian (P54812)
        Stevenson & Bullock, P.L.C.
        Attorney for the debtors
        26100 American Drive, Suite 500
        Southfield, MI 48034
        (248) 354-7906
        kbedigian@sbplclaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-4<br>Case 12-32472-dof<br>Eastern District of Michigan<br>Flint<br>Thu Feb 11 09:23:39 EST 2016 | Hannawa Offshore Investments LLC<br>719 Griswold<br>Suite 620<br>Detroit, MI 48226-3319 | State of Michigan, Department of Treasury<br>Michigan Department of Attorney General<br>Revenue & Collections Division<br>P.O. Box 30754<br>Lansing, MI 48909-8254 |
| United States of America (IRS)<br>United States Attorney<br>211 W. Fort Street<br>Suite 2001<br>Detroit, MI 48226-3220 | Ally Financial Inc.<br>attn: Michael A. Carpenter, CEO<br>POB 200<br>Detroit, MI 48265-2000 | Ally Financial Inc.<br>c/o The Corporation Company, Resident Ag<br>30600 Telegraph Road, Suite 2345<br>Bingham Farms, MI 48025-5720 |
| American Eagle/GECRB<br>PO Box 530942<br>Atlanta, GA 30353-0942 | Beals Hubbard<br>POB 310<br>Milford, MI 48381-0310 | CAPITAL ONE, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite 200<br>Tucson, AZ 85712-1083 |
| Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 | Credit First NA<br>PO Box 818011<br>Cleveland OH 44181-8011 | Credit First, N.A. (Firestone)<br>PO Box 81344<br>Cleveland, OH 44188-0344 |
| Elder Beerman<br>2020 Lindell Avenue<br>Nashville, TN 37203-5509 | Firestone Complete Auto Care<br>POB 81410<br>Cleveland, OH 44181-0410 | GMAC Mortgage Corp<br>3451 Hammond Avenue<br>POB 780<br>Waterloo, IA 50704-0780 |
| GMAC Mortgage Corporation<br>500 Enterprise Road<br>Suite 150<br>Horsham, PA 19044-3503 | GMAC Mortgage, LLC<br>attn: Tony Renzi, COO<br>1100 Virginia Dr.<br>Fort Washington, PA 19034-3204 | GMAC Mortgage, LLC<br>attn: Steven M. Abreu, President<br>1100 Virginia Drive<br>Fort Washington, PA 19034-3204 |
| GMAC Mortgage, LLC<br>c/o Registered Agent, CSC-Lawyers<br>Incorporating Service (Company)<br>601 Abbot Road<br>East Lansing, MI 48823-3366 | HSBC<br>PO Box 15521<br>Wilmington, DE 19850-5521 | HSBC (Best Buy)<br>Retail Services<br>P.O. Box 15521<br>Wilmington, DE 19850-5521 |
| HSBC Retail Services (Elder Beerman)<br>Dept. 7680<br>Carol Stream, IL 60116-7680 | Hannawa Offshore Investments<br>c/o Hubbard Snitchler and Parzianello PL<br>719 Griswold, Suite 620<br>Detroit, MI 48226-3319 | Hannawa Offshore Investments, et al<br>c/o Beals Hubbard, PLC<br>30665 Northwestern Hwy., Suite 100<br>Farmington Hills, MI 48334-3128 |
| Hannawa Offshore Investments, et al<br>c/o Steven G. Silverman<br>13134 Talbot Ave<br>Huntington Woods, MI 48070-1024 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Kemp Klein<br>201 W. Big Beaver Road, Suite 600<br>Troy, MI 48084-4136 |
| Mark M. Snitchler<br>719 Griswold<br>Suite 620<br>Detroit, MI 48226-3319 | Michigan Catholic CU (Visa)<br>P.O. Box 8071<br>Plymouth, MI 48170-8071 | Michigan Catholic Credit Union<br>255 East Maple Road<br>Troy, MI 48083-2717 |

| | | |
|---|---|---|
| Michigan Court of Appeals<br>District II - Troy<br>case no. 309864<br>201 West Big Beaver Road, Suite 800<br>Troy, MI 48084-4127 | Michigan Court of Appeals<br>case no. 309864<br>925 W. Ottawa Street<br>P.O. Box 30022<br>Lansing, MI 48909-7522 | Michigan Department of Treasury<br>Bankruptcy Unit<br>PO Box 30168<br>Lansing, MI 48909-7668<br>517-241-5002 |
| Morrison & Foerster, LLP<br>Attorneys for ResCap, LLC et al<br>1290 Avenue of the Americas<br>New York, NY 10104-4199 | Mortgage Electronic Registration<br>Systems, Inc.<br>attn: Bill Beckmann, Pres and CEO<br>1818 Library Street, Suite 300<br>Reston, VA 20190-6280 | Nationstar Mortgage<br>P.O. Box 650783<br>Dallas, TX 75265-0783 |
| (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | Neuman Anderson, P.C.<br>Kenneth Neuman<br>401 South Old Woodward, Suite 460<br>Birmingham, MI 48009-6622 | Oakland County Circuit Court<br>case no. 2009-101037-CZ<br>1200 N. Telegraph Road<br>Pontiac, MI 48341-0404 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>World Financial Network Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| Retail Services (Best Buy)<br>Dept. 7680<br>Carol Stream, IL 60116-7680 | Robert Baker<br>Geraldine Baker<br>10414 Overhill Drive<br>Brighton, MI 48114-7578 | State of Michigan<br>Department of Attorney General<br>Cadillac Place<br>3030 West Grand Boulevard<br>Detroit, MI 48202-6030 |
| State of Michigan<br>Department of Treasury<br>P.O. Box 77437<br>Detroit, MI 48277-0437 | U.S. Attorney<br>211 W. Fort Street<br>Suite 2001<br>Detroit, MI 48226-3220 | U.S. Attorney General<br>U.S. Dept. of Justice<br>950 Pennsylvania Ave., N.W.<br>Washington, DC 20530-0009 |
| U.S. Department of Education<br>C/O FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 | US Department of Education<br>William D. Ford Federal Loan Program<br>POB 5691<br>Montgomery, AL 36103-5691 | WFNNB - Justice<br>P.O. Box 659728<br>San Antonio, TX 78265-9728 |
| Weisman, Young & Reumenapp, P.C.<br>Martin Weisman<br>30100 Telegraph Road, Suite 428<br>Franklin, MI 48025-4564 | Wells Fargo<br>P.O. Box 6423<br>Carol Stream, IL 60197-6423 | Wells Fargo Bank NA<br>PO Box 10438<br>Des Moines IA 50306-0438 |
| Wells Fargo Financial Cards<br>P.O. Box 14487<br>Des Moines, IA 50306-3487 | Wells Fargo Financial Cards<br>P.O. Box 660041<br>Dallas, TX 75266-0041 | eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson, AZ 85712-1083 |
| Carl Bekofske<br>400 N. Saginaw Street<br>Suite 331<br>Flint, MI 48502-2045 | Cheryl A. Baker<br>10414 Overhill Dr.<br>Brighton, MI 48114-7578 | Christopher Patrick Baker<br>10414 Overhill Dr.<br>Brighton, MI 48114-7578 |

Kimberly Bedigian
Stevenson & Bullock, P.L.C.
26100 American Drive
Suite 500
Southfield, MI 48034-6184

Sonya N. Goll
26100 American Drive
Suite 500
Southfield, MI 48034-6184

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Nationstar Mortgage, LLC
350 Highland Drive
Lewisville, TX 75067

(d)Nationstar Mortgage, LLC
Bankruptcy Department
350 Highland Drive
Lewisville, TX 75067

(d)Nationstar Mortgage, LLC.
PO Box 619096
Dallas, TX 75261-9741

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Alliance Catholic Credit Union

(u)First Horizon Home Loans a division of Fir

(u)Nationstar Mortgage, LLC

(u)Ocwen Loan Servicing, LLC

(d)Mark M. Snitchler
719 Griswold Suite 620
Detroit, MI 48226-3319

End of Label Matrix
Mailable recipients    61
Bypassed recipients     5
Total                  66